UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC SHIP & FABRICATION INC.,<br><br>Defendant. | CASE NO. C23-46 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court Ordered the Parties to file a Joint Status Report by March 22, 2023. (Dkt. No. 5.) The Parties have not filed a Joint Status Report as of the date of this Minute Order. Plaintiff has moved for and obtained entry of default against Defendant. (Dkt. Nos. 6, 8.) By no later than May 5, 2023, the Parties must file a Joint Status Report or Plaintiff must move for entry of

MINUTE ORDER - 1

default judgment. Failure to comply with this deadline may lead to dismissal of this action without prejudice for failure to prosecute consistent with Federal Rule of Civil Procedure 41(b).

The clerk is ordered to provide copies of this order to all counsel.

Filed April 7, 2023.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Serge Bodnarchuk<br>
Deputy Clerk

MINUTE ORDER - 2