# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC SHIP & FABRICATION INC.,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C23-46 MJP |

\_\_  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Default judgment is entered in Plaintiff's favor on all claims and the Court awards Plaintiff: (1) $1,087.06 in liquidated damages; (2) $310.08 in accrued interest; (3) $6,028.10 in attorneys' fees; and (4) $437.00 in costs.

\\

\\

\\

Dated May 11, 2023.

Ravi Subramanian
Clerk of Court

s/ Serge Bodnarchuk
Deputy Clerk
